# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 14, 2014

Robert P. Young, Jr.,
Chief Justice

149955(58)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

JEFFREY CULLUM,
        Plaintiff-Appellee,

v

FREDERICK LOPATIN, D.O.,
        Defendant-Appellant,
and

DEARBORN EAR, NOSE AND THROAT
CLINIC P.C.,
        Defendant.
_____/

SC: 149955
COA: 313739
Wayne CC: 10-007013-NH

        On order of the Chief Justice, the motion of the defendant-appellant to extend the time for filing his reply brief in this application for leave to appeal is GRANTED.  The reply brief will be accepted as timely filed if filed on or before October 20, 2014.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 14, 2014

